JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

1/10/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>MARIA RODRIGUEZ,<br><br>     Defendant | No. 5:17-CV-02216-WDK-JEM<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, MARIA RODRIGUEZ, in the principal amount of $4,058.00 plus interest accrued to May 11, 2017, in the sum of $3,636.02; with interest accruing thereafter at the daily rate of $0.41 until entry of judgment, for a total amount of $**7,694.02**

DATED: January 10, 2018   By:_____

           KIRY K. GRAY

          Clerk of the Court

       _____

          Deputy Clerk

      United States District Court